VINCENTA TORRES et al., Plaintiffs, v. MAX FRANK, Defendant. HARRY ZEITLAN, as Retiring Plaintiff's Attorney, Appellant; HARRY B. FRANK, as Proposed Plaintiff's Attorney, Respondent.—

 Present —
Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.